MARY STYLER, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued January 22, 1952; decided January 25, 1952.

*Denis M. Hurley, Corporation Counsel (Fred Iscol* and *Seymour B. Quel* of counsel), for appellant.

*Jerome Golenbock* and *Harvey Nachman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.